443 A.2d 391

Commonwealth v. Herndon, Appellant.

Submitted February 10, 1981. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and CIRILLO, JJ.

Judgment of sentence of the lower court is affirmed.